1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  DEUTSCHE BANK NATIONAL TRUST<br>8  COMPANY, as Trustee for Long Beach<br>   Mortgage Loan Trust 2006-6;<br>9<br>            Plaintiff,<br>10      v.<br>11 JOHN C. BYARS and IRENE HILL a/k/a<br>   IRENE DOROTHEA HILL, husband and wife<br>12 and the marital community comprised thereof,<br>   BEVEL M. HOFFPAUIR, a married man, as<br>13 his separate estate, NORTHWEST TRUSTEE<br>   SERVICES, INC., a Washington corporation,<br>14 and UNITED STATES DEPARTMENT OF<br>   THE TREASURY, INTERNAL REVENUE<br>15 SERVICE;<br>16            Defendants.<br>  ─────────────────────────────<br>17<br>   JOHN C. BYARS and IRENE D. HILL a/k/a<br>18 IRENE DOROTHEA HILL,<br>19            Counter and Cross-<br>                 Complainants,<br>20<br>21 DEUTSCHE BANK NATIONAL TRUST<br>   COMPANY as Trustee for Long Beach | NO. 2:15-cv-00983-MJP<br><br>CORPORATE DISCLOSURE<br>STATEMENT FOR JPMORGAN<br>CHASE BANK, N.A. |

22

23 CORPORATE DISCLOSURE STATEMENT
   FOR CHASE - 1
24 CASE: 2:15-cv-00983-MJP

25

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

Mortgage Loan Trust 2006-6,

          Counter-Defendants,

CHASE HOME FINANCE, LLC;
NORTHWEST TRUSTEE SERVICES, INC;
BEVAL HOFFPAUIR,

          Cross-Defendants.

      Pursuant to Fed. R. Civ. P. 7.1(a), Third-Party Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC, by and through its attorneys of record, hereby certifies as follows:

      JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC, is a wholly-owned subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held stock corporation, incorporated in Delaware.

      DATED this 25th day of June, 2015.

                                 /s/ Rebecca R. Shrader
                                 Rebecca R. Shrader, WSBA #43918
                                 MARSHALL & WEIBEL, P.S.
                                 720 Olive Way, Suite 1201
                                 Seattle, WA  98101
                                 Email: bshrader@bwmlegal.com
                                 *Attorneys for Deutsche Bank National Trust Company and JPMorgan Chase Bank, N.A.*

CORPORATE DISCLOSURE STATEMENT
FOR CHASE - 2
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Melissa A. Huelsman<br>Law Offices of Melissa A. Huelsman<br>705 Second Avenue, Suite 1050<br>Seattle, WA 98104<br>*Attorneys for Defendants Byars and Hill* | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Joshua Schaer<br>Joseph H. Marshall<br>RCO Legal, P.S.<br>13555 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br>*Attorneys for Defendant Northwest Trustee Services, Inc.* | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Yen Jeannette Tran<br>Annette L. Hayes<br>CAROLINE D. CIRAOLO<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>Attorneys for the United States of America | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

CORPORATE DISCLOSURE STATEMENT
FOR CHASE - 3
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1  Bevel Hoffpauir                          [ X ] By United States Mail
   25001 214th Place SE          [  ] By CM/ECF
2  Maple Valley, WA 98038                   [  ] By Federal Express
   *Defendant*                              [  ] By Facsimile
3

4      Signed this 25th day of June, 2015 at Seattle, Washington.

5                              /s/Kay Spading
                               Kay Spading, Legal Assistant
6                              MARSHALL & WEIBEL, P.S.
                               720 Olive Way, Suite 1201
7                              Seattle, WA  98101

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  CORPORATE DISCLOSURE STATEMENT          MARSHALL & WEIBEL, P.S.
    FOR CHASE - 4                           720 OLIVE WAY, SUITE 1201
24  CASE: 2:15-cv-00983-MJP                 SEATTLE, WASHINGTON 98101-1801
                                            206/622-5306  FAX:  206/622-0354
25