UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Loan Trust 2006-6;<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. BYARS and IRENE HILL a/k/a IRENE DOROTHEA HILL, husband and wife and the marital community comprised thereof, BEVEL M. HOFFPAUIR, a married man, as his separate estate, NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation, and UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;<br><br>Defendants.<br>_____<br><br>JOHN C. BYARS and IRENE D. HILL a/k/a IRENE DOROTHEA HILL,<br><br>Counter and Cross-Complainants,<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach | NO. 2:15-cv-00983-MJP<br><br>CORPORATE DISCLOSURE STATEMENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY |

CORPORATE DISCLOSURE STATEMENT
FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY - 1
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

| | |
|---|---|
| 1 | Mortgage Loan Trust 2006-6, |
| 2 | Counter-Defendants, |
| 3 | CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC; |
| 4 | BEVAL HOFFPAUIR, |
| 5 | Cross-Defendants. |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Deutsche Bank National Trust Company, by and through its attorneys of record, hereby certifies as follows:

Deutsche Bank National Trust Company is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a corporation organized under the laws of the Federal Republic of Germany. No publicly held corporation owns 10% or more of the stock of Deutsche Bank AG.

DATED this 25th day of June, 2015.

/s/ Rebecca R. Shrader
Rebecca R. Shrader, WSBA #43918
MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101
Email: bshrader@bwmlegal.com
*Attorneys for Deutsche Bank National Trust Company and JPMorgan Chase Bank, NA*

---

CORPORATE DISCLOSURE STATEMENT
FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY - 2
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Melissa A. Huelsman<br>Law Offices of Melissa A. Huelsman<br>705 Second Avenue, Suite 1050<br>Seattle, WA 98104<br>*Attorneys for Defendants Byars and Hill* | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Joshua Schaer<br>Joseph H. Marshall<br>RCO Legal, P.S.<br>13555 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br>*Attorneys for Defendant Northwest Trustee Services, Inc.* | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Yen Jeannette Tran<br>Annette L. Hayes<br>CAROLINE D. CIRAOLO<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>Attorneys for the United States of America | [ ] By United States Mail<br>[ X ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

CORPORATE DISCLOSURE STATEMENT
FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY - 3
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

| | |
|---|---|
| Bevel Hoffpauir<br>25001 214th Place SE<br>Maple Valley, WA 98038<br>*Defendant* | [ X ] By United States Mail<br>[ ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |

Signed this 25th day of June, 2015 at Seattle, Washington.

/s/Kay Spading
Kay Spading, Legal Assistant
MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101

---

CORPORATE DISCLOSURE STATEMENT
FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY - 4
CASE: 2:15-cv-00983-MJP

MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354