Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Loan Trust 2006-6;<br><br>Plaintiff,<br>v.<br><br>JOHN C. BYARS and IRENE HILL a/k/a IRENE DOROTHEA HILL, husband and wife and the marital community comprised thereof, BEVEL M. HOFFPAUIR, a married man, as his separate estate, NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation, and UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;<br>Defendants.<br><br>JOHN C. BYARS and IRENE D. HILL a/k/a IRENE DOROTHEA HILL,<br><br>Counter and Cross- | NO. 2:15-cv-00983-MJP<br><br>ORDER REMANDING CASE TO STATE COURT<br><br>NOTE ON MOTION CALENDAR APRIL 22, 2016 |

100047/007405/01372415-1

ORDER REMANDING CASE TO STATE
COURT - 1
CASE: 2:15-cv-00983-MJP

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
710 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
206/492-2300  FAX: 206/492-2319

Complainants,

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust 2006-6,

Counter-Defendants,

CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC; BEVAL HOFFPAUIR,

Cross-Defendants.

This matter is before the Court on the Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-6's Motion to Remand Case to State Court ("Motion"). The Court, having considered the Motion, finds that there is good cause to grant the Motion and enter this Order.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff/Counter-Defendant's Motion is hereby GRANTED and the Court hereby remands this case to King County Superior Court.

ORDERED this 11th day of May, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge

100047/007405/01372415-1
ORDER REMANDING CASE TO STATE COURT - 2
CASE: 2:15-cv-00983-MJP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
710 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
206/492-2300 FAX: 206/492-2319